IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

WILEY ZACHARY CARROLL                                                          PLAINTIFF

VS.                                                                    CAUSE NO. 4:09-CV-078-SA-DAS

CAPT. HENRY MAXWELL, ET AL.                                                 DEFENDANTS

## **ORDER**

This matter is before the court on motion of the plaintiff for a settlement meeting (# 15). After reviewing the motion and the record in this case, the court finds the motion to be well taken.

IT IS, THEREFORE, ORDERED that the plaintiff's motion is GRANTED. A video settlement conference is set for May 20, 2010, at 10:00 a.m.

SO ORDERED, this the 30th day of March, 2010.

/s/David A. Sanders
UNITED STATES MAGISTRATE JUDGE